UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARREN BURR | CIVIL ACTION NO. 11-1540 |
| VERSUS | JUDGE TRIMBLE |
| J. KEFFER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the report and recommendation of the magistrate judge,[1] previously issued in the above-captioned case, and agreeing with the conclusions reached by the magistrate judge as correct under applicable law and jurisprudence and after a de novo review of the entire record, specifically noting the absence of objections thereto, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's complaint is **DENIED** and **DISMISSED** with prejudice. It is further

**ORDERED** that plaintiff's pending "Motion for Discovery and Disclosure" and "Motion for Reconsideration" are **DENIED** as moot based on the court's adoption of the report and recommendation of the magistrate judge.[2]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 6th day of December, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 16.
[2] R. 14, 17.